Luigi Criscuoli, Respondent, v. Flora Criscuoli, Appellant.— Motion granted on condition that appellant place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

William Douth, Respondent, v. Rhinelander Waldo and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

George F. Elliott, Respondent, v. William W. Niles and Another, Appellants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Empire City Lumber Company, Respondent, v. S. & I. Holding Company and Others, Defendants. Estate of S. Weinstein, Appellant.—Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

James H. Holmes, Appellant, v. The City of New York, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

In the Matter of J. Edward Simmons and Others, to Acquire Real Estate, etc. Kensico Reservoir, Section No. 4.— Motion denied, with ten dollars costs. Present — Carr, Rich, Stapleton and Putnam, JJ.; Jenks, P. J., not voting.

In the Matter of the Judicial Settlement of the Account of the Long Island Loan and Trust Company, as Trustee, under a Deed of Trust Made by Magdalena E. Schmadeke.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of Herbert C. Lyttle for Payment of an Award, etc. In the Matter of Acquiring Title by the City of New New York to Certain Lands, etc., in the Borough of Queens, for Bridge Purposes.— Motion granted, and order of reference to Hon. Josiah T. Marean, official referee. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Charles Mallory and Others, as Executors, etc., Respondents, v. Virginia Hot Springs Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Adam Partenfelder, Respondent, v. The People of the State of New York, and Others, Defendants. Realty Associates, Appellant.— Motion to resettle order denied, without costs. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, on the ground that leave is unnecessary. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.